

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00684-CR

James Harley **STACY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7238A
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED January 31, 2018.

_____
Rebeca C. Martinez, Justice